UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:05-CR-422-APG-GWF |
| vs. ) | |
| ANDREW CLOUGH ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#113) on April 23, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FLORENCE KAISER
Amount of Restitution: $2,600.00

**Total Amount of Restitution ordered:** $2,600.00

Dated this  9th  day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE